IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY DUPREE JONES,

    Petitioner,　　　　　　　　　　　　No. CIV S-09-1408 WBS CHS P

  vs.

M.S. EVANS,

    Respondent.　　　　　　　　　　　　ORDER
_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas corpus proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See* Rule 8(c), Fed. R. Governing § 2254 Cases. In making this determination, the court evaluates the likelihood of success on the merits and the ability of Petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir.1983). Here, Petitioner has articulated his claims reasonably well and the issues presented are not complex. Therefore, the interests of justice do not require the appointment of counsel at this time. Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is denied.

DATED: January 30, 2012

*/s/ Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1